APOLLOS R. WETMORE et al., Appellants, *v.* JULIUS CANDEE
et al., Respondents.

(Argued April 24, 1872; decided April 30, 1872.)

ACTION in the nature of a creditor's bill by plaintiffs as
judgment creditors of the firm of Stafford & Candee, com-
posed of Julius O. Candee and John W. Stafford, two of the
defendants. The firm had assigned to defendant, Julius
Candee, a quantity of notes and accounts as collateral security
for a claim against them. The latter placed them in the
hands of Julius O. for collection. A portion of the accounts
were sold at auction and bid in by defendant, William B.
Candee, nominally, but merely for the purpose of compromis-
ing. William obtained judgments in his name upon some
of the accounts. A sufficient sum having been realized to
pay the claim of Julius, he and William united in a transfer
back to the firm of the balance of the "notes and accounts,"
and neither claimed any interest in the property thereafter.
*Held,* the complaint was properly dismissed, as to Julius
Candee, but that as the transfer back did not specify the judg-
ments which were *prima facie* the property of William, the
latter was a proper party in order to determine his rights
thereto.

*T. C. Campbell* for the appellants.

*H. Sheldon* for the respondents.

GROVER, J., reads opinion for affirmance as to Julius
Candee, and reversal and new trial as to William B. Candee.
All concur.
Judgment accordingly.